## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **MAXEON AMERICAS, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES ET AL.**<br><br>    Defendants. | Before: Claire R. Kelly, Judge<br><br>Court No. 25-00074 |

### ORDER

Upon consideration of Defendant's consent motion for an extension of time to respond to Plaintiff's complaint, see ECF No. 11, and good cause having been shown pursuant to United States Court of International Trade Rules 6(b) and 7, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Defendant shall file its response to the complaint on or before Wednesday, October 15, 2025; and it is further

**ORDERED** that, pursuant to U.S. Court of International Trade Rule 16(b)(1), the parties shall meet and confer, and file a joint proposed scheduling order, within 30 days of the filing of Defendant's response.

/s/ Claire R. Kelly<br>
Claire R. Kelly, Judge

Dated:   September 11, 2025
         New York, New York