UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, JUDGE

_____ :

MAXEON AMERICAS, INC.                       :
                                            :
                        Plaintiff,          :     Court Nos. 25-00074
                                            :
            v.                              :
                                            :
UNITED STATES,                              :
                                            :
                        Defendant.          :
_____ :

     Pursuant to this Court's October 1, 2025 order on the Government's motion to stay, the

Department of Justice hereby provides notice that on November 12, 2025, Congress

appropriated funds for the Department through January 30, 2026, and attorneys are permitted to

resume their usual civil litigation functions as of today, November 13, 2025.

                        Respectfully submitted,

                        BRETT A. SHUMATE
                        Assistant Attorney General

                        PATRICIA M. McCARTHY
                        Director

                        /s/ Justin R. Miller
                        JUSTIN R. MILLER
                        Attorney-In-Charge
                        International Trade Field Office

                        /s/ Monica P. Triana
                        MONICA P. TRIANA
                        Senior Trial Counsel
                        U.S. Dept. of Justice, Civil Division
                        Commercial Litigation Branch
                        26 Federal Plaza, Room 346
                        New York, NY 10278
                        (212) 264-9240

Dated: November 13, 2025             *Attorneys for Defendant*